AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LEONARD C. HOPKINS, JR
DOB:
PDID

**CRIMINAL COMPLAINT**

CASE NUMBER: 05 - 654M-01

(Name of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __DECEMBER 8, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and a substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER ALVIN CARDINAL__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
OFFICER ALVIN CARDINAL
FIRST DISTRICT, MPD

Sworn to before me and subscribed in my presence,

__DEC 09 2005__   at   Washington, D.C.

Date
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

City and State

_____
Signature of Judicial Officer