## STATEMENT OF FACTS

On Thursday, December 8, 2005, at about 4:30 p.m., sworn officers with the Metropolitan Police Department's First District were in the 1000 block of 14th Street, S.E., Washington, D.C. where they had previously observed an unidentified male (the seller), exchange an object to an unidentified male (first buyer), in return for U.S. Currency. Another unidentified male (second buyer), was also observed to approach the seller and raise one finger in the air. The seller then entered the right front passenger side of a nearby parked vehicle that the defendant, Leonard Hopkins, was driving. The seller the left the vehicle and exchanged a small object with the second buyer in for U.S. Currency. During both transactions, the vehicle was double parked on 14th Street, and both transactions were conducted beside the right front side of the vehicle. The seller then re-entered the vehicle at which time defendant drove away, circled the block and returned to 14th Street. The seller exited the vehicle and upon seeing police officers, fled. The defendant attempted to drive away and officers stopped the vehicle being driven by the defendant within one block of where the two transactions were observed. Officers then asked the defendant to exit the vehicle and searched the vehicle. During the search, officers recovered 14 clear ziplocks containing white rock substances, which appeared to be crack cocaine base, weighing approximately 25 grams, 42 clear ziplocks containing an off-white powder substance, a loaded Browning 9mm pistol, a loaded Glock 9mm pistol and $1,970.00 in U.S. currency from an altered airbag compartment on the passenger side of the vehicle. The white rock substance field tested positive for cocaine base and the off-white substance field tested positive for opium base. The defendant was placed under arrest. In the officer's experience, the amount and packaging of the crack cocaine indicate that it was intended for distribution rather than for personal use.

_____
OFFICER ALVIN CARDINAL
METROPOLITAN POLICE DEPARTMENT

DEC 09 2005

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF DECEMBER, 2005

_____
U.S. MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE